**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GEORGE A. HILL, II,

    Plaintiff,

vs.                                      Case No. 3:21-cv-165-MMH-PDB

ERIC L. DINGES, an individual,
and TRANSPARENT HOME
SERVICES, LLC, a Florida limited
liability company,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court on the Report & Recommendation (Dkt. No. 19; Report) entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, on September 13, 2021. In the Report, Judge Barksdale recommends that Plaintiff's Motion for Entry of Final Default Judgment Against Defendants and Incorporated Memorandum of Law in Support Thereof (Dkt. No. 12) be granted; a permanent injunction be entered; and the Clerk of the Court be directed to enter default judgment in favor of Plaintiff. See Report at 15. To date, no objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge" in a report and recommendation. 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.

Accordingly, it is hereby

**ORDERED**:

1. The Report and Recommendation (Dkt. No. 19) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Entry of Final Default Judgment Against Defendants and Incorporated Memorandum of Law in Support Thereof (Dkt. No. 12) is **GRANTED** to the extent set forth in this Order. Otherwise, the Motion is **DENIED**.

3. Transparent Home Services, LLC, Eric Dinges, and anyone affiliated or acting in concert with Transparent Home Services, LLC, Eric Dinges, or both who receives actual notice of this order are permanently enjoined from: a.) using the marks TRANSPARENT HOME BUILDING, TRANSPARENT HOME BUILDERS, TRANSPARENT HOME BUYERS, and any confusingly similar marks in connection with any home-related (including any home-improvement, home-construction, home-repair, or home-financing) business, website, domain name, advertisement, marketing campaign, promotion, or sale of goods or services; b.) claiming or implying connection to, association with, endorsement of, or approval by George A. Hill, II, Transparent Home Builders, LLC, or Transparent Home Buying, LLC; and c.) circumventing or otherwise avoiding the prohibitions in this permanent injunction by actions such as effecting assignments or transfers or forming new entities or associations.

4. The Clerk of the Court is directed to enter default judgment in favor of George A. Hill, II, and against Eric Dinges and Transparent Home Services, LLC, and to close the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of October, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties